No. 981. PILOT FREIGHT CARRIERS, INC. *v.* WALKER;
No. 1000. GASTON COUNTY DYEING MACHINE CO. *v.*
BROWN; and
No. 1001. OBSERVER TRANSPORTATION CO. *v.* LEE ET
AL. C. A. 4th Cir. Certiorari denied. *Whiteford S.
Blakeney* for petitioner in each case. *Jack Greenberg,
James M. Nabrit III, Norman C. Amaker, Conrad O.
Pearson, Joseph W. Bishop, Jr.,* and *Albert J. Rosenthal*
for respondents in each case. Reported below: No. 981,
405 F. 2d 645; Nos. 1000 and 1001, 405 F. 2d 887.

No. 984. CEDAR RAPIDS STEEL TRANSPORTATION, INC.
*v.* IOWA STATE COMMERCE COMMISSION ET AL. Sup. Ct.
Iowa. Certiorari denied. *Robert R. Rydell* for peti-
tioner. *Leo J. Steffen, Jr.,* for Iowa State Commerce
Commission, *D. C. Nolan,* for H & W Motor Express, and
*Bennett A. Webster* for Rock Island Motor Transit, re-
spondents.

No. 989. ARNOLD *v.* MCGUINESS. C. A. 9th Cir.
Certiorari denied.

No. 991. TERRY INDUSTRIES OF VIRGINIA, INC. *v.*
NATIONAL LABOR RELATIONS BOARD. C. A. 4th Cir.
Certiorari denied. *Lawrence T. Zimmerman* and *Hugh
J. Scallon* for petitioner. *Solicitor General Griswold,
Arnold Ordman, Dominick L. Manoli, Norton J. Come,*
and *Robert M. Lieber* for respondent.

No. 994. P. R. MALLORY & CO., INC. *v.* NATIONAL
LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari
denied. *Frederic D. Anderson* for petitioner. *Solicitor
General Griswold, Arnold Ordman, Dominick L. Manoli,*
and *Norton J. Come* for respondent.